

Friday, November 14, 2014

No. 14–0495/AR. U.S. v. Matthew R. Adams, Jr. CCA 20110503. Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 14–0605/AR. U.S. v. Ian C. Semeniuk–Hauser. CCA 20110976. On consideration of Appellant's petition for reconsideration of this Court's order issued July 29, 2014, and motion for leave to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A 1982), and the petition for reconsideration out of time and motion to file additional *Grostefon* matters out of time, it is ordered that said motions are hereby denied, and said petition for reconsideration is hereby dismissed as untimely.

No. 15–0034/AF. U.S. v. Donald D. Davis. CCA 38359. On consideration of Appellant's motion to file a supplemental issue presented and motion to supplement the record, and Appellee's motion to file an opposition to said motions out of time, it is ordered that said motions are hereby denied.

No. 15–0160/AF. U.S. v. Christopher S. Lammens. CCA 38185. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 3, 2014.